**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **10-cv-03164-JLK-MEH**

**RICHARD J. SALAZAR,**

        Plaintiff,

v.

**WESTWOOD COLLEGE, INC.**, a corporation doing business in Colorado,

        Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

The parties' Stipulated Motion to Dismiss with Prejudice (doc. #13), filed April 11, 2011, is **GRANTED**. It is

**ORDERED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear his or its own attorneys fees and costs.

Dated this 12th day of April, 2011.

        BY THE COURT:

        *s/John L. Kane*
        JOHN L. KANE
        U.S. District Court Judge